FILED: June 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2269
(A214-531-112)
_____

SALVADOR ANTONIO JAVITT BRICENO

       Petitioner

v.

MERRICK B. GARLAND, Attorney General

       Respondent

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 07/31/2023

    Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk