FILED: August 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2269
(A214-531-112)

_____

SALVADOR ANTONIO JAVITT BRICENO

        Petitioner

v.

MERRICK B. GARLAND, Attorney General

        Respondent

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is advised that no further extensions will be granted for filing the response brief absent a showing of extraordinary circumstances.

Response brief due: 08/21/2023

Any reply brief: 21 days from service of response brief.

                                               For the Court--By Direction

                                               /s/ Patricia S. Connor, Clerk