**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2269

SALVADOR ANTONIO JAVITT BRICENO,

        Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 16, 2024                                Decided: April 5, 2024

Before AGEE and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Vincent Rivas-Flores, KONARE LAW, Frederick, Maryland, for Petitioner. Brian Boynton, Principal Deputy Assistant Attorney General, Stephen J. Flynn, Assistant Director, Jessica R. Lesnau, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

      Salvador Antonio Javitt Briceno, a native and citizen of Venezuela, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's decision finding Javitt Briceno removable and denying his request for deferral of removal under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Javitt Briceno's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the Board's decision, *see Dankam v. Gonzales*, 495 F.3d 113, 124 (4th Cir. 2007).

      Accordingly, we deny the petition for review. *See In re Javitt Briceno* (B.I.A. Nov. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*