FILED: May 28, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2269
(A214-531-112)
_____

SALVADOR ANTONIO JAVITT BRICENO

    Petitioner

v.

MERRICK B. GARLAND, Attorney General

    Respondent

_____

M A N D A T E
_____

The judgment of this court, entered April 5, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*